# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FEC IP LLC, | § § § | |
| Plaintiff, | § § § | Case No. 2:25-cv-01089-JRG |
| v. | § § § | **JURY TRIAL DEMANDED** |
| GOOGLE LLC, | § § § § § | |
| Defendant. | § § § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date, the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiff FEC IP LLC ("FEC" or "Plaintiff") and Defendant Google LLC ("Google" or "Defendant") (collectively, the "Parties"). Based on the Motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the Parties to the Motion, the Court finds that good cause has been established and the Joint Motion to Stay All Deadlines should be granted.

It is, therefore, ORDERED that all proceedings and deadlines in this case be stayed for thirty (30) days.